UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL D. BURCH and THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH,

        Plaintiffs,

  v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA; LARRY VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS, and LAWRENCE SWANSON,

        Defendants.

NO. CIV. S-04-0038 WBS GGH

ORDER

----oo0oo----

        Defendants move ex parte for an order to continue the final pre-trial conference and to set deadlines for opposition and reply papers regarding defendants' motion for summary judgment. Plaintiffs oppose the motion.

        The cut-off dates for discovery and the filing of dispositive motions, as well as the date of the final pre-trial conference, were set at the time of the court's initial scheduling order and subsequently modified on February 16, 2005

1

upon stipulation of the parties.  The fact that defendants first sought to schedule the hearing on their motion for summary judgment on a Friday, when counsel should have known the court does not hold law and motion calendars, was not the fault of plaintiffs.  Likewise, it was not plaintiffs' fault that defendants' attorney was unavailable on the next three available law and motion dates.  The motion for summary judgement is now set for hearing on July 25, 2005.  That will still be before the date of the final pre-trial conference.  The parties will simply have to file their pre-trial statements before the court decides the motion for summary judgment, upon the assumption that the motion will be denied.

     IT IS THEREFORE ORDERED that defendants' ex parte application for an order to continue the final pre-trial conference and to set deadlines for opposition and reply papers re motions for summary judgment be, and the same hereby is, DENIED.

DATED: June 22, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE