IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. BURCH, et al.,

    Plaintiff,                       CIV. NO. S- 04-0038 WBS GGH

    vs.

BOARD OF REGENTS OF
THE UNIVERSITY OF CALIFORNIA
AT DAVIS, et al.,

    Defendants.                 ORDER
_____/

       Plaintiffs' motion to compel presently is calendared for hearing on June 30, 2005. Because this motion was filed beyond the discovery deadline as determined by the district court's scheduling order, it must be vacated. Revision of the district court's scheduling orders may only be made for good cause shown, by the judge who issued the order. In light of the court's standing scheduling order, any motion to extend dates in that order must be made before the district court.

       Accordingly, IT IS ORDERED that the June 30, 2005 hearing on plaintiffs' motion to compel, filed May 31, 2005, is vacated.

DATED: 6/27/2005

                                                   /s/Gregory G. Hollows
                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Burch38.vac.wpd