1    **PORTER, SCOTT, WEIBERG & DELEHANT**
     A Professional Corporation
2    Nancy J. Sheehan, SBN 1098419
     Brendan J. Begley, SBN 202563
3    350 University Avenue, Suite 200
     Sacramento, California 95825
4    (916) 929-1481
     (916) 927-3706 (facsimile)
5
     **Attorney for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY
6    VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG
     WARZECKA, PAM GILL-FISHER, ROBERT FRANKS AND LAWRENCE SWANSON
7

8    **EQUITY LEGAL**
     Kristen Galles, SBN 148740
9    10 Rosecrest Avenue
     Alexandria, Va 22301
10   (703) 683-4491
     (703) 683-4636 (facsimile)
11
     **Attorney for Plaintiffs:**  MICHAEL D. BURCH AND THE BANKRUPTCY ESTATE
12   OF MICHAEL D. BURCH

13
                    **UNITED STATES DISTRICT COURT**
14               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15
     In Re: MICHAEL D. BURCH & SYLVIA        CASE NO.  S. 04-38 WBS/GGH
16   BURCH,
                    Debtors.                 **(PROPOSED)  ORDER  REGARDING
17   _____/        STIPULATION TO CONTINUE THE
                                             HEARING ON DEFENDANTS' MOTIONS
18   MICHAEL  D.  BURCH  AND  THE            FOR SUMMARY JUDGMENT**
     BANKRUPTCY ESTATE OF MICHAEL
19   D. BURCH,
                    Plaintiffs,
20
     vs.
21
     BOARD   OF   REGENTS   OF   THE
22   UNIVERSITY  OF  CALIFORNIA  AT
     DAVIS; et al.,
23                  Defendants.
     _____/
24
              Good cause having been shown, the Court hereby grants the parties' Stipulation to
25
     Continue the Hearing on Defendants' Motions for Summary Judgment to January 23, 2006,
26
     at 1:30 p.m., in Courtroom 5.  The parties are further instructed to file a Stipulation to Modify
27

28                                          1

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

**(Proposed) Order Regarding Stipulation to
Continue the Hearing on Defendants' Motions for Summary Judgment**

00394378.WPD

1  Other Dates Established by the Pretrial Scheduling Order, or to move to modify such dates,

2  no later than November 14, 2005.

3  Dated: October 21, 2005

4

5  _____
   WILLIAM B. SHUBB
6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18
   **BURCH v. BOARD OF REGENTS, et al.**
19  **U.S. DISTRICT COURT, EASTERN DISTRICT CASE NO. S 04-38 WBS/GGH**
   _____
20
                               **PROOF OF SERVICE**
21
          I am a citizen of the United States and a resident of the County of Sacramento.  I am
22  over the age of eighteen years and not a party to the above-entitled action; my business
   address is 350 University Avenue, Suite 200, Sacramento, CA 95825.
23
          On October ___, 2005, I served the following document(s):
24
   **(PROPOSED) ORDER REGARDING STIPULATION TO CONTINUE HEARING**
25              **ON MOTION FOR SUMMARY JUDGMENT**

26  **XX**     **BY MAIL.**  I caused such envelope with postage thereon fully prepaid to be placed
              in the United States mail at Sacramento, California.
27

28

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

                                       2
   _____
              **(Proposed) Order Regarding Stipulation to**
       **Continue the Hearing on Defendants' Motions for Summary Judgment**

   00394378.WPD

1   _____BY PERSONAL SERVICE.  I caused such document to be delivered by hand to the
    office of the person(s) listed below.

2

3   __      BY OVERNIGHT DELIVERY. I caused such document to be delivered by overnight
    delivery to the office of the person(s) listed below.

4

5   ___     BY FACSIMILE.  I caused such document to be faxed to the office of the person(s)
    listed above with a original or copy of said document placed in the United States mail

6   with postage thereon fully prepaid at Sacramento, California.

7   addressed as follows:

8

    Kristen Galles                              Richard J. Hanf
9   **EQUITY LEGAL**                            P.O. Box 6499
    10 Rosecrest Avenue                         Napa, CA  94581
10  Alexandria, VA 22301

11  Dan Siegel
    Anne Butterfield Weills
12  **SIEGEL & YEE**
    499 14th Street, Suite 220
13  Oakland, CA 94612

14      I declare under penalty of perjury that the foregoing is true and correct and was
    executed on   October ____, 2005, at Sacramento, California.

15

16

17  _____
    _____Cindy Cannon_____

18  _____

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

3

**(Proposed) Order Regarding Stipulation to
Continue the Hearing on Defendants' Motions for Summary Judgment**

00394378.WPD