**KRISTEN GALLES**
Equity Legal
10 Rosecrest Avenue
Alexandria, VA 22301
(703) 683-4491
(703) 683-4636 (facsimile)

**Attorney for Plaintiffs:** MICHAEL D. BURCH AND THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH

**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
Brendan J. Begley, SBN 202563
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LAWRENCE VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: MICHAEL D. BURCH & SYLVIA BURCH,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, LAWRENCE VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS and LAWRENCE SWANSON,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. S. 04-38 WBS/GGH<br><br>**STIPULATED PROTECTIVE ORDER RE: DOCUMENTS PRODUCED PURSUANT TO ORDER ENTERED AUGUST 30, 2005** |

The parties to this action – Plaintiffs MICHAEL D. BURCH AND THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH (collectively "Plaintiffs"), and Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA ("REGENTS"), LAWRENCE VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT

FRANKS and LAWRENCE SWANSON (collectively "Defendants") – acknowledge and agree that the U.S. District Court entered an order in this action on August 30, 2005, which instructed Defendants to produce to Plaintiffs various documents that Defendants assert are privileged.

Defendants represent that they have gathered and marked all such documents (the "Stipulated Documents") as follows: UC 60, UC 80-87, UC 89-91, UC 94, UC 127-129, UC 152, UC 165-167, UC 199-200, UC 264-265, UC 271-273, UC 294-296, UC 301-302, UC 304-305, UC 308-310, UC 328, UC 333-335, UC 342-343, UC 389-391, UC 414-419, UC 421-428, UC 552-559, UC 856-864, UC 866-869, UC 871-876, UC 885-886, UC 936-938, UC 958, UC 964-966, UC 975-981, UC 983-986, UC 993-995, UC 998-1009, UC 1073-1078, UC 1092-1093, UC 1100-1108, UC 1216, UC 1218-1220, UC 1254-1263, UC 1266-1272, UC 1290-1293, UC 1310-1313, UC 1320, UC 1322-1327, UC 1368-1384, UC 1389-1393, UC 1397, UC 1408-1410, UC 1414-1420, UC 1428-1429, UC 1434-1440, UC 1459-1462, UC 1680-1681, UC 1708-1719, UC 2073-2081, UC 2085, UC 2095-2096, UC 2111-2140, UC 2142-2143, UC 2228, UC 2242-2247, UC 2302, UC 2347-2353, UC 2364-2369, UC 2375-2377, UC 2417-2418, UC 2511-2513, UC 2528, UC 2531-2534, UC 2538-2541, UC 2546-2549, UC 2618-2619, UC 2624-2644, UC 2658, UC 2743-2747, UC 2752, UC 2786-2787, UC 2797-2800, UC 2804, UC 2806-2807, UC 2864, UC 3698, UC 4188, UC 4208-4211, UC 4223-4224, UC 4232-4233, UC 4254-4255, UC 4263-4264, UC 4282-4288, UC 4291-4293, UC 4295-4298, UC 4305-4313, UC 4318-4325, UC 4328-4331, UC 4334-4339, UC 4349-4350, UC 4358-4407, UC 4501-4504, UC 4506-4510, UC 4514-4539, UC 4546-4624, UC 4626-4738, RPD1.0004-0005, RPD1.0120, RPD1.0135-0136, RPD1.0449-0474, RPD1.0478-0488, RPD1.0495-0500, RPD1.0510-0512, RPD1.0516, RPD1.0522-0523, RPD1.0542-0546, RPD1.0549-0561, RPD1.0577-0588, RPD1.0605-0609, RPD1.0611, RPD1.0620-0652, RPD1.0665-0679, RPD1.0694-0700, RPD1.0702-0706, RPD1.0713-0725, RPD1.1233-1244, RPD1.1246-1247, RPD1.1250-1258, RPD1.1285, RPD1.1628-1633, RPD1.2269-2271, RPD1.2524-2533, RPD1.2535,

RPD1.2542, RPD1.2549-2550, RPD1.2588-2591, RPD1.2596-2605, and RPD1.2627-2632. Defendants further represent that these documents constitute the entirety of the responsive documents claimed as privileged.

Defendants contend that the Stipulated Documents should be subject to a protective order. Plaintiffs do not concede that the documents are such that they ultimately should be subject to such an order. However, in order to expedite their production, Plaintiffs herein stipulate that the Stipulated Documents shall be treated as protected documents under this Stipulated Protective Order unless and until otherwise designated by the Court.

Therefore, subject to and without waiving any objections to admissibility of the Stipulated Documents, the parties hereby stipulate that access to and use of such Stipulated Documents and the non-public information contained therein shall be governed by the terms of this Stipulated Protective Order, and that the terms of this stipulated protective order may be entered by the Court. This Stipulated Protective Order shall also apply to all non-public information contained in any extracts or summaries of the Stipulated Documents.

Accordingly, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate to the entry of the following Stipulated Protective Order regarding the disclosure and production of the above stated Stipulated Documents:

1.   The Stipulated Documents will be produced by Defendants to Plaintiffs bearing the designation "CONFIDENTIAL."

2.   The non-public information contained in the Stipulated Documents shall be used only for the purpose of the prosecution, defense, or settlement of this action and the related action for which discovery is merged, <u>Mansourian v. Regents of the University of California, et al.</u>, E.D. Cal. Case No. S-03-2591-FCD/PAN. Plaintiffs, their counsel and their agents shall not disclose, release, or otherwise publish any of the non-public information contained in the Stipulated Documents except as necessary in the litigation of either case.

3. Stipulated Documents produced pursuant to this Stipulated Protected Order may be disclosed or made available only to the Court, court reporters employed in the litigation, the parties, counsel for the parties, (including the paralegal, clerical, and secretarial staff employed by such counsel), witnesses at trial or deposition, expert witnesses and/or consultants, and persons whose review or input on the documents is necessary to the prosecution, defense, or settlement of this action and the related action for which discovery is merged, Mansourian v. Regents of the University of California, et al., E.D. Cal. Case No. S-03-2591-FCD/PAN ("Qualified Persons").

4. All persons who obtain access to the Stipulated Documents pursuant to this Stipulated Protective Order shall also be subject to its terms and shall agree not to disclose any of the non-public information obtained except under the terms of this order.

5. The portion of any deposition in which non-public information from the Stipulated Documents is discussed shall be taken only in the presence of the court reporter and the Qualified Persons listed above unless counsel for all parties agree otherwise.

6. The portion of any motion, application, petition, or the like, filed with the Court which includes non-public information from the Stipulated Documents shall be filed under seal unless counsel for all parties agree otherwise.

7. Nothing in this Stipulated Protective Order shall impose any restriction on the use or disclosure of material obtained independent of the aforementioned Stipulated Documents, whether or not such material is also contained therein. Nor shall this Stipulated Protective Order restrict any party from disclosing such independently obtained information as he/she deems appropriate. The production and receipt of the Stipulated Documents shall not constitute an admission that the information contained therein is confidential or otherwise privileged; nor shall it constitute an admission or waiver with respect to the ultimate admissibility of the Stipulated Documents or the information contained therein.

8. This Stipulated Protective Order shall survive the final termination of this action and the Court shall retain jurisdiction to resolve any dispute concerning the use of

**Stipulated Protective Order RE: Documents Produced Pursuant to Order Entered August 30, 2005**
00395228.WPD

the Stipulated Documents or any information contained therein.  Stipulated Documents covered by this order shall remain subject to this order even after the conclusion of this case and may be retained for as long as required by law and then destroyed.

**IT IS SO STIPULATED.**

Dated: October __24__, 2005      /s/
Kristen Galles
Counsel for Plaintiffs

Dated: October __21___, 2005      /s/
Brendan J. Begley
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: October 25, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulated Protective Order RE: Documents Produced Pursuant to Order Entered August 30, 2005**
00395228.WPD

**BURCH v. BOARD OF REGENTS, et al.**
**U.S. DISTRICT COURT, EASTERN DISTRICT CASE NO. S 04-38 WBS/GGH**

_____

### PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On October 24, 2005, I served the following:

**STIPULATED PROTECTIVE ORDER RE: DOCUMENTS PRODUCED PURSUANT TO ORDER ENTERED AUGUST 30, 2005**

<u>**XX**</u>   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

___   BY PERSONAL SERVICE. I caused such document to be delivered by hand to the office of the person(s) listed below.

___   BY OVERNIGHT DELIVERY. I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

___   BY FACSIMILE. I caused such document to be faxed to the office of the person(s) listed above with a original or copy of said document placed in the United States mail with postage thereon fully prepaid at Sacramento, California.

addressed as follows:

Kristen Galles                                      Richard J. Hanf
**EQUITY LEGAL**                          P.O. Box 6499
10 Rosecrest Avenue                     Napa, CA  94581
Alexandria, VA 22301

Dan Siegel
Anne Butterfield Weills
**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct and was executed on October 24, 2005, at Sacramento, California.

_____Cindy Cannon_____

**Stipulated Protective Order RE: Documents Produced Pursuant to Order Entered August 30, 2005**
00395228.WPD