1

# PORTER, SCOTT, WEIBERG & DELEHANT

A Professional Corporation

2   Nancy J. Sheehan, SBN 1098419
Brendan J. Begley, SBN 202563

3   350 University Avenue, Suite 200
Sacramento, California 95825

4   (916) 929-1481
(916) 927-3706 (facsimile)

5

6   **Attorney for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG

7   WARZECKA, PAM GILL-FISHER, ROBERT FRANKS AND LAWRENCE SWANSON

8   # EQUITY LEGAL

Kristen Galles, SBN 148740

9   10 Rosecrest Avenue
Alexandria, Va 22301

10   (703) 683-4491
(703) 683-4636 (facsimile)

11

12   **Attorney for Plaintiffs :**   MICHAEL D. BURCH AND THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH

13

14

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

15

16   In Re: MICHAEL D. BURCH & SYLVIA BURCH,           CASE NO.  S. 04-38 WBS/GGH

17                    Debtors.                              **ORDER REGARDING STIPULATION TO**
_____/           **CONTINUE THE DEADLINE FOR THE**
                                             **PARTIES TO STIPULATE OR MOVE TO**

18   MICHAEL  D.  BURCH  AND  THE             **SCHEDULE  NEW  DATES  FOR  THE**
BANKRUPTCY ESTATE OF MICHAEL              **FINAL PRETRIAL CONFERENCE AND**

19   D. BURCH,                                **THE TRIAL**
                    Plaintiffs,

20

vs.

21

22   BOARD   OF   REGENTS   OF   THE
UNIVERSITY   OF   CALIFORNIA   AT

23   DAVIS; et al.,
                    Defendants.
_____/

24

25         Good cause having been shown, the Court hereby grants the parties' Stipulation to

Continue the Deadline for the Parties to Stipulate or Move to Schedule New Dates for the

26

Final Pretrial Conference and the Trial.  The parties are instructed to file a Stipulation to

27

28

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

**Order Regarding Stipulation to**
**Continue the Hearing on Defendants' Motions for Summary Judgment**

00399100.WPD

1   Modify Other Dates Established by the Pretrial Scheduling Order, or to move to modify such

2   dates, no later than November 30, 2005.

3

4   Dated: November 18, 2005

5

6   _____

7   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2

**Order Regarding Stipulation to**
**Continue the Hearing on Defendants' Motions for Summary Judgment**

00399100.WPD