**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 1098419
Brendan J. Begley, SBN 202563
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorney for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF (erroneously sued as LAWRENCE VANDERHOEF), GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS AND LAWRENCE SWANSON

**EQUITY LEGAL**
Kristen Galles, SBN 148740
10 Rosecrest Avenue
Alexandria, Va 22301
(703) 683-4491
(703) 683-4636 (facsimile)

**Attorney for Plaintiffs:** MICHAEL D. BURCH AND THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MICHAEL D. BURCH & SYLVIA BURCH,<br>            Debtors.<br>_____/<br>MICHAEL D. BURCH AND THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH,<br>            Plaintiffs,<br>vs.<br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA AT DAVIS; et al.,<br>            Defendants.<br>_____/ | CASE NO.  S. 04-38 WBS/GGH<br><br>**ORDER REGARDING STIPULATED REQUEST TO FURTHER MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER** |

Good cause having been shown, the Court hereby grants the parties' Stipulated Request to Further Modify Status (Pre-Trial Scheduling) Order.

The Status (Pre-Trial) Scheduling Order is further modified as follows:

Last day to file opposition to MSJ:              March 6, 2006

1
**Order Regarding Stipulated Request to Further Modify Status (Pre-Trial) Scheduling Order**
00401527.WPD

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1     Last day to file reply to opposition to MSJ:     March 20, 2006

2     Hearing on Motions for Summary Judgment:     March 27, 2006

3     Last day to file pretrial statements:     July 31, 2006

4     Final Pretrial Conference:     August 14, 2006 at 10:00 a.m.

5     Trial:     October 11, 2006 at 1:30 pm

7 Dated: November 29, 2005

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

2

**Order Regarding Stipulated Request to Further Modify Status (Pre-Trial) Scheduling Order**

00401527.WPD