```
KRISTEN GALLES
Cal. Bar No. 148740
EQUITY LEGAL
10 ROSECREST AVENUE
ALEXANDRIA, VA 22301
(703) 683-4491
(703) 683-4636 (fax)
Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Michael D. Burch & Sylvia Burch,<br>       Debtors. | Bankruptcy Case No.<br>01-31315-B-7 |
| Michael D. Burch and the Bankruptcy Estate of Michael D. Burch,<br>       Plaintiffs<br>v.<br>Board of Regents of the University of California at Davis; Lawrence Vanderhoef; Greg Warzecka; Pam Gill-Fisher; Robert Franks; and Lawrence Swanson,<br>       Defendants. | District Court<br>Case No. S-04-38-WBS-GGH<br><br>[Proposed] ORDER RE REQUEST FOR ADJUSTED BRIEFING SCHEDULE AND HEARING DATE FOR SUMMARY JUDGMENT MOTIONS |

The Court has reviewed Plaintiffs' Request for Adjusted Briefing Schedule and Change in Hearing Date for Summary Judgment in the above-captioned action. For good cause shown, the Court hereby GRANTS the requested changes as follows:

    Oppositions due:    April 10, 2006

    Replies due:    April 24, 2006

    Hearing date:    May 1, 2006 at 10:30 a.m.

Dated: March 7, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**PROOF OF SERVICE**

I hereby certify that on this 6th day of March, 2006, I served the foregoing pleading upon counsel for Defendants via electronic mail and first class mail, postage prepaid, at the addresses listed below.

        Nancy J. Sheehan
        Porter, Scott, Weiberg & Delehant
        350 University Avenue #200
        Sacramento, CA 95825

                /s/ Kristen Gallse
                _____
                    Kristen Galles