UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL D. BURCH and THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH,

        Plaintiffs,

  v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS, and LAWRENCE SWANSON,

        Defendants.

NO. CIV. S-04-0038 WBS GGH

ORDER RE: EVIDENTIARY OBJECTIONS

----oo0oo----

        Before the court is defendants' motions for summary judgment. On April 24, 2006, defendants filed approximately 120 objections to statements in the declarations of Michael Burch, Richard Seyman, Michael Maben, Charlie Hong, David Amato, and Earl Walker, Jr. (submitted in opposition to defendants' motions) and moved to strike the portions of these declarations to which they objected. Defendants' objections are made primarily on the grounds that the statements at issue constitute hearsay,

1

1 contradict the declarant's deposition testimony, or are vague,
2 conclusory, lacking in foundation, argumentative, and/or
3 speculative.  In addition and more generally, defendants move to
4 strike these declarations in their entirety because they are
5 unsworn.
6 　　　　　To rule on defendants' motions for summary judgment,
7 the court must first decide these objections.  Moreover, because
8 of the volume of objections and their detail, the court would
9 benefit from a full briefing of the issues raised.[1]  Accordingly,
10 plaintiffs are given 10 days from the date of this order to file
11 a response to defendants' objections and/or amended declarations
12 that cure the objections.  Defendants have 5 days thereafter to
13 file a response, if necessary.  The hearing on the motions for
14 summary judgment is hereby rescheduled for Tuesday, May 30, 2006,
15 at 1:30 p.m. in Courtroom 5.
16 　　　　　IT IS SO ORDERED.
17 DATED:  April 25, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] One of the questions which the parties might consider addressing in their briefs is whether it would be a more efficient and economical use of the court's time simply to proceed to trial and rule on the objections at that time rather than to plow through all of them in the context of this motion and then, if the motion is not granted in its entirety, face them a second time at trial.

2