1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8                                ----oo0oo----

9    MICHAEL D. BURCH and THE
     BANKRUPTCY ESTATE OF MICHAEL
10   D. BURCH,
                                           NO. CIV. S-04-0038 WBS GGH
11              Plaintiffs,

12        v.

13   REGENTS OF THE UNIVERSITY OF
     CALIFORNIA; LARRY VANDERHOEF;
14   GREG WARZECKA; PAM GILL-FISHER;
     ROBERT FRANKS; and LAWRENCE
15   SWANSON,

16              Defendants.

17

18                               ----oo0oo----

19
                                    ORDER
20

21        A further status conference was held in this matter,

22   pursuant to the provisions of Rule 16(d) of the Federal Rules of

23   Civil Procedure and Local Rule 16-282, on August 28, 2006.

24   Kristen Galles appeared telephonically for plaintiff.  Dan Siegel

25   also appeared on behalf of plaintiffs.  Nancy Sheehan appeared on

26   behalf of defendants.  Following the hearing, the court hereby

27   orders the following:

28              1.  A Settlement Conference is scheduled before the

1 Honorable Garland E. Burrell on November 3, 2006 at 1:00 p.m.

2 in Courtroom No. 13.  Each party is ordered to have a principal

3 with full settlement authority present at the conference or be

4 fully authorized to settle the matter on any terms.  Bankruptcy

5 Trustee Richard Hanf shall also attend the Settlement Conference.

6 　　　　2.  Plaintiffs shall submit their Pretrial Conference

7 Statement by no later than October 23, 2006.  The court will

8 thereafter enter the final Pretrial Order without the need for a

9 further conference with counsel.

10 　　　　3.  The jury trial is set for December 5, 2006 at 9:00

11 a.m. before the Honorable William B. Shubb in Courtroom No. 5.

12 DATED:  August 29, 2006

13

14

　　　　　　　　　　　　　　　WILLIAM B. SHUBB
15 　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2