IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL D. BURCH and THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH,<br><br>                Plaintiffs,<br><br>   v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; LARRY VANDERHOFF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br><br>                Defendants. | 2:04-cv-0038-WBS-GGH<br><br>ORDER |

On August 30, 2006, a settlement conference was scheduled in this action for November 3, 2006. On October 11, 2006, Plaintiffs filed a request, in which counsel for Defendants joins, to reschedule the settlement conference for some time on November 6, 2006. Counsel states:

> the parties and their counsel are all available on November 6 [but] Judge Burrell's chambers have advised counsel that he does not have a date available on his schedule until the end of November, one week prior to trial. Accordingly, plaintiff requests the Court to reschedule the Settlement Conference to November 6 before an available judge of the Court.

1

1  (Request to Reschedule Settlement Conference at 2.)  Since I am
2  unavailable to conduct a settlement conference on the date requested
3  by the parties, the settlement conference now scheduled for
4  November 3, 2006, is vacated.
5           IT IS SO ORDERED.
6  Dated:  October 12, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge