1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Nancy J. Sheehan, SBN 109419
   350 University Avenue, Suite 200
3  Sacramento, California 95825
   (916) 929-1481
4
   Attorneys for Defendants
5  REGENTS OF THE UNIVERSITY OF CALIFORNIA; LARRY VANDERHOEF; GREG
   WARZECKA; PAM GILL-FISHER; ROBERT FRANKS and LAWRENCE SWANSON
6
   Dan Siegel, SBN 56400
7  SIEGEL & YEE
   499 14th Street, Suite 220
8  Oakland, California 94612
   (510) 839-1200
9
   Attorneys for Plaintiff
10 MICHAEL D. BURCH, and the
   BANKRUPTCY ESTATE OF MICHAEL D. BURCH
11

12             **UNITED STATES DISTRICT COURT**

13          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14 | MICHAEL D. BURCH and THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH, | CASE NO. S 04-38 WBS/GGH |
|---|---|
| | **STIPULATION REGARDING MODIFICATION TO FINAL PRETRIAL ORDER** |
| Plaintiffs, | |
| vs. | DATE:  December 5, 2006<br>TIME:  9:00 a.m.<br>CTRM:  5 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; LARRY VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON, | |
| Defendants. | |

23  The parties, by and through their counsel of record, make the following stipulated
24 request for a minor modification of the final pretrial order issued on October 31, 2006. Per
25 section VIII(F) of the final pretrial order, all objections to exhibits shall be filed no later than
26 14 days before the trial date. The current due date is November 21, 2006. Counsel for the
27 parties have met and conferred on the issue of paring down the number of exhibits disclosed
28

---
1
00468458.WPD      **Stipulation Regarding Modification To Final Pretrial Order**

1  by each side and identifying duplicates. They have agreed to meet on November 28, 2006 to
2  go through all of the exhibits in person for that purpose. The Court has ordered a status
3  conference on the morning of November 28, 2006. It is counsel's understanding that one of
4  the reasons for the status conference is the Court's concern about the number of exhibits and
5  witnesses identified in the final pretrial statements. The parties request that the deadline for
6  filing objections to exhibits be extended to November 30, 2006. This will eliminate the need
7  to file objections to documents that may be eliminated via the meet and confer process.

                                         SIEGEL & YEE

Dated: November 20, 2006
                                         By    /s/   **Dan Siegel**
                                              Dan Siegel
                                              Attorneys for Plaintiffs
                                              MICHAEL D. BURCH, and the
                                              BANKRUPTCY ESTATE OF
                                              MICHAEL D. BURCH


Dated: November 20, 2006                 PORTER, SCOTT, WEIBERG & DELEHANT
                                         A Professional Corporation

                                         By    /s/ **Nancy Sheehan**
                                              Nancy Sheehan
                                              Attorneys for Defendants
                                              REGENTS OF THE UNIVERSITY OF
                                              CALIFORNIA, LARRY VANDERHOEF,
                                              GREG WARZECKA, PAM GILL-
                                              FISHER, ROBERT FRANKS AND
                                              LAWRENCE SWANSON

        Good cause appearing, the final pretrial order is modified as follows. The parties shall meet and confer on the disclosed exhibits on November 28, 2006. Any objections remaining after the meet and confer process shall be filed no later than November 30, 2006.

Date: November 21, 2006

                                         _William B. Shubb_
                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE