**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SB #109419
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for REGENTS OF THE UNIVERSITY OF CALIFORNIA; LARRY VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS and LAWRENCE SWANSON

Dan Siegel, SBN 56400
**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, California 94612
(510) 839-1200

Attorneys for Plaintiff
MICHAEL D. BURCH, and the
BANKRUPTCY ESTATE OF MICHAEL D. BURCH

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BURCH and THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; LARRY VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br><br>Defendants.<br>_____ / | CASE NO. S 04-38 WBS/GGH<br><br>**FURTHER STIPULATION REGARDING MODIFICATION TO FINAL PRETRIAL ORDER AND [PROPOSED ORDER]**<br><br>DATE:     December 5, 2006<br>TIME:     9:00 a.m.<br>CTRM:    5 |

As the Court is now aware, this matter did not resolve at the Settlement Conference yesterday. The final pretrial order requires that Plaintiff file his jury instructions and proposed form of verdict no later than ten (10) court days before trial. Plaintiff's counsel will file his jury instructions, proposed verdict forms and other mandatory trial documents either today or tomorrow. Per the final pretrial order, Defendants are to lodge and serve any instructions not already proposed by Plaintiff, Defendants' proposed verdict forms, and any objections that

1

1  Defendants have to Plaintiff's instructions no later than seven court days before trial. The
2  seventh court day before trial is November 24, 2006. Since November 23rd is a legal holiday
3  under FRCP 6(a) and the Eastern District is closed on November 24th, Defendants request
4  that their time to lodge and serve any additional instructions, the proposed verdict form, and
5  any objections to instructions be extended to November 27, 2006. Counsel for Plaintiff is not
6  opposed to this request.

Dated: November 21, 2006                SIEGEL &YEE

                                        By     /s/ **Dan Siegel**

                                        Dan Siegel
                                        Attorneys for Plaintiffs
                                        MICHAEL D. BURCH, and the
                                        BANKRUPTCY ESTATE OF
                                        MICHAEL D. BURCH


Dated: November 21, 2006                        PORTER, SCOTT, WEIBERG &
                                                DELEHANT
                                        A Professional Corporation


                                        By    /s/ **Nancy J. Sheehan**
                                        Nancy Sheehan
                                        Attorneys for Defendants
                                        REGENTS OF THE UNIVERSITY OF
                                        CALIFORNIA, LARRY VANDERHOEF,
                                        GREG WARZECKA, PAM GILL-
                                        FISHER, ROBERT FRANKS AND
                                        LAWRENCE SWANSON

    Good cause appearing, the final pretrial order is further modified to provide that
counsel for Defendants shall lodge and serve any objections to Plaintiff's instructions and
verdict forms, any instructions not already proposed by Plaintiff, and Defendants' proposed
verdict forms no later than November 27, 2006.

Date: November 22, 2006

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

00468652.WPD    **Further Stipulation Regarding Modification to Final Pretrial Order**