IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BURCH and THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, LARRY VANDERHOEF, GREG WARZECKA, PAM GILL-FISHER, ROBERT FRANKS, and LAWRENCE SWANSON,<br><br>        Defendants. | Case No. Civ. S-04-0038 WBS GGH<br><br>ORDER APPROVING ATTORNEYS' FEES AND COSTS<br><br>Hon. William B. Shubb |

Plaintiffs Michael D. Burch and the Bankruptcy Estate of Michael D. Burch have requested that the Court approve their agreed-upon allocation of attorneys' fees and costs from the settlement of this case.

GOOD CAUSE APPEARING, the Court approves the following allocation of attorneys' fees and costs from the total settlement in the amount of $725,000:

    (1) Attorney's fees to Siegel & Yee    $80,000

    (2) Attorney's fees to Kristen Galles    $175,000

1

Approving Attorneys' Fees and Costs
*Burch v. Regents*, No. Civ. S-04-0038 WBS GGH

PDF created with pdfFactory trial version www.pdffactory.com

1         (3) Costs to Kristen Galles                 $40,000

2

3   Dated: March 28, 2007

4

5                        WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE

2

Approving Attorneys' Fees and Costs
*Burch v. Regents*, No. Civ. S-04-0038 WBS GGH

PDF created with pdfFactory trial version www.pdffactory.com