**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA; LARRY VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS and LAWRENCE SWANSON

**EQUITY LEGAL**
Kristen Galles, Cal. Bar No. 148740
10 Rosecrest Avenue
Alexandria, VA 22301
(703) 683-4491

**Attorney for Plaintiffs:** MICHAEL D. BURCH AND THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BURCH and THE BANKRUPTCY ESTATE OF MICHAEL D. BURCH,<br><br>      Plaintiffs,<br>  vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; LARRY VANDERHOEF; GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS; and LAWRENCE SWANSON,<br><br>      Defendants.<br>_____/ | CASE NO. S 04-38 WBS/GGH<br><br>**ORDER REGARDING STIPULATION TO RESCHEDULE OR STAY STATUS CONFERENCE PENDING BANKRUPTCY COURT REVIEW OF SETTLEMENT**<br><br>DATE:     April 9, 2007<br>TIME:     1:30 p.m.<br>CTRM:    5 |

  Good cause appearing, the status conference scheduled for April 9, 2007, is continued to July 2, 2007 at **2:00 p.m.** in Courtroom 5.

Date:  April 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER REGARDING STIPULATION REGARDING STIPULATION TO RESCHEDULE OR STAY STATUS CONFERENCE PENDING BANKRUPTCY COURT**
00494109.WPD          **REVIEW OF SETTLEMENT**

**BURCH v. BOARD OF REGENTS, et al.**
**U.S. DISTRICT COURT, EASTERN DISTRICT CASE NO. S 04-38 WBS/GGH**
_____  _____

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On April 4, 2007, I served the following document(s):

**[PROPOSED] ORDER REGARDING STIPULATION TO RESCHEDULE OR STAY STATUS CONFERENCE PENDING BANKRUPTCY COURT REVIEW OF SETTLEMENT**

**XX**  **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____  BY PERSONAL SERVICE. I caused such document to be delivered by hand to the office of the person(s) listed below.

_____  BY OVERNIGHT DELIVERY. I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____  BY FACSIMILE. I caused such document to be faxed to the office of the person(s) listed above with a original or copy of said document placed in the United States mail with postage thereon fully prepaid at Sacramento, California.

addressed as follows:

Kristen Galles
**EQUITY LEGAL**
10 Rosecrest Avenue
Alexandria, VA 22301

Richard J. Hanf
P.O. Box 6499
Napa, CA  94581

Dan Siegel
Anne Butterfield Weills
**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct and was executed on April 4, 2007, at Sacramento, California.

1                                                       /s/
                                                      Angelina T. Endsley

3

**[PROPOSED] ORDER REGARDING STIPULATION REGARDING STIPULATION TO RESCHEDULE OR STAY STATUS CONFERENCE PENDING BANKRUPTCY COURT REVIEW OF SETTLEMENT**

00494109.WPD