KRISTEN GALLES
Cal. Bar No. 148740
EQUITY LEGAL
10 ROSECREST AVENUE
ALEXANDRIA, VA 22301
(703) 683-4491

DAN SIEGEL
Cal. Bar No. 56400
SIEGEL & YEE
499 14TH Street #220
OAKLAND, CA 94612
(510) 839-1200

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Michael D. Burch & Sylvia Burch, Debtors. | Bankruptcy Case No. 01-31315-B-7 |
| Michael D. Burch and the Bankruptcy Estate of Michael D. Burch, Plaintiffs v. Board of Regents of the University of California at Davis; Lawrence Vanderhoef; Greg Warzecka; Pam Gill-Fisher; Robert Franks; and Lawrence Swanson, Defendants. | District Court Case No. S-04-38-WBS-GGH ORDER APPROVING PLAINTIFFS' UNCONTESTED REQUEST TO APPROVE SETTLEMENT, FEES, & COSTS |

This Court has reviewed and ruled on motions to dismiss, motions for summary judgment, and various discovery motions over the past three years in the above-captioned action. This Court also mediated the settlement negotiated by the parties to resolve this action. Accordingly, this Court is well-informed about the facts and circumstances of the case and the settlement

1

1  negotiated.  Based upon that familiarity, this Court hereby
2  finds and adjudges that the settlement, including the amount of
3  the proceeds, is approved as reasonable under the facts and
4  circumstances of this case.  This Court further finds and
5  adjudges that the legal fees and costs in the amount of $295,000,
6  negotiated as part of the settlement, are also approved as
7  reasonable under the facts and circumstances of this case.
8  Dated:  May 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE