1

**P O R T E R | S C O T T**

2
A Professional Corporation
Nancy J. Sheehan, SB #109419
3
George Acero, SB #226709
350 University Avenue, Suite 200
4
Sacramento, California 95825
(916) 929-1481
5
(916) 927-3706 (facsimile)

6
**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA;
LARRY VANDERHOEF (sued erroneously as "LAWRENCE VANDERHOEF");
7
GREG WARZECKA; PAM GILL-FISHER; ROBERT FRANKS and LAWRENCE
SWANSON

8

9
### UNITED STATES DISTRICT COURT

10
### FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
MICHAEL D. BURCH and a THE
BANKRUPTCY ESTATE OF MICHAEL D.
13
BURCH,

14
                    Plaintiffs,

15
          vs.

16
REGENTS OF THE UNIVERSITY OF
CALIFORNIA; LARRY VANDERHOEF;
17
GREG WARZECKA; PAM GILL-FISHER;
ROBERT FRANKS; and LAWRENCE
18
SWANSON,

19
                    Defendants.

20
_____/

CASE NO. S 04-38 WBS/GGH

**STIPULATION OF DISMISSAL AND
[~~PROPOSED~~] ORDER**

21
          IT IS HEREBY STIPULATED by and between the parties to this action through their

22
designated counsel that the matter has settled and that the above-captioned action be and hereby is

23
dismissed with prejudice as to all claims and all parties pursuant to FRCP 41(a)(1) and (2).

24
Dated: August 28, 2007                    **EQUITY LEGAL**

25

26
                         By _____/s/_____
                              Kristen Galles
27
                              Attorney for Plaintiff
                              MICHAEL BURCH

28

1

1

Dated: August 28, 2007                    **SIEGEL & YEE**

2

3
By _____/s/_____
                                               Dan Siegel
                                               Anne Butterfield Weills

4

5

6

Dated: August 28, 2007                    **PORTER SCOTT**
                                          A PROFESSIONAL CORPORATION

7

8
By_____/s/_____

9   _____               Nancy J. Sheehan
                                               George Acero
10                                             Attorneys for Defendants, REGENTS OF
                                               THE  UNIVERSITY  OF  CALIFORNIA,
11                                             LARRY    VANDERHOEF,    GREG
                                               WARZECKA,   PAM   GILL-FISHER,
12                                             ROBERT  FRANKS  and  LAWRENCE
                                               SWANSON

13

14          **IT IS SO ORDERED.**

15

16  Dated:  August 28, 2007

17

18  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

00518207.WPD                    **Stipulation of Dismissal and [Proposed] Order**

**BURCH v. REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.**
**U.S. DISTRICT COURT, EASTERN DISTRICT CASE NO. S 04-38 WBS/GGH**

---

### PROOF SERVICE

    I am a citizen of the United States and a resident of the County of Sacramento.  I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

    On August 28, 2007, I served the following document(s):

### STIPULATION OF DISMISSAL AND PROPOSED ORDER

**XX**    **BY MAIL.**  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____BY PERSONAL SERVICE.  I caused such document to be delivered by hand to the office of the person(s) listed below.

___    BY OVERNIGHT DELIVERY.  I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

___    BY FACSIMILE.  I caused such document to be faxed to the office of the person(s) listed above with a original or copy of said document placed in the United States mail with postage thereon fully prepaid at Sacramento, California.

addressed as follows:

Kristen Galles                                  Richard J. Hanf
**EQUITY LEGAL**                        P.O. Box 6499
10 Rosecrest Avenue                  Napa, CA  94581
Alexandria, VA 22301

Dan Siegel
Anne Butterfield Weills
**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, CA 94612

    I declare under penalty of perjury that the foregoing is true and correct and was executed on August 28, 2007, at Sacramento, California.

_____            _____
                                      Cindy Cannon

00518207.WPD              **Stipulation of Dismissal and [Proposed] Order**